**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:
RIVERS, DAWN M.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 07-10970 ABG

JUDGE A. Benjamin Goldgar

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park  City, Illinois**, **60085**  in **Courtroom B** or any other Court Room which may be assigned before  the Honorable A. Benjamin Goldgar

on: **May 15, 2009**
at:  **2:00 p.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

a. Receipts                          $              5,477.22

b. Disbursements                     $                   4.78

c.  Net Cash Available for Distribution  $              5,472.44

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| ILENE F. GOLDSTEIN | 0.00 | $1,297.72 |
| (Trustee Fees) | | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 0.00 | $2,345.00 |
| (Trustee's Firm Legal Fees) | | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 0.00 | $65.00 |
| (Trustee's Firm Legal Expenses) | | |
| Jodi E. Gimbel,P.C. | 0.00 | $385.00 |
| (Trustee's Accountant Fees) | | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $45,640.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.02%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CHASE BANK USA | $ 9,670.74 | $ 292.35 |
| 2 | Chase Bank USA,N.A | $ 1,079.32 | $ 32.63 |
| 3 | American Express Centurion Bank | $ 34,890.39 | $ 1,054.74 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th

Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has been discharged.

11.    The Trustee proposed to abandon the following property at the hearing: NONE

Dated:    **April 20, 2009**                    For the Court,

_____

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:        ILENE F. GOLDSTEIN
Address:        Law Offices of Ilene F. Goldstein, Chartered
                850 Central Ave.
                Suite 200
                Highland Park, Illinois 60035
Telephone #:    (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Apr 20, 2009
Case: 07-10970                Form ID: pdf002          Total Served: 18

The following entities were served by first class mail on Apr 22, 2009.
db            +Dawn M. Rivers,    115 W. Maple Ave.,    Wauconda, IL 60084-1817
aty           +Andrew G Youra,    Shaw & Foley LLC,    33 North County Street,    Waukegan, IL 60085-4315
aty            Gary N Foley,    Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL 60073
aty           +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
                Highland Park, IL 60035-3278
tr            +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
11499305      +A Charles Kogut,   Kogut & Associates,    2590 E Devon Ave,    Des Plaines IL 60018-4932
11431892       American Express Centurion Bank,    c/o Becket and Lee LLP,    P O Box 3001,
                Malvern, PA 19355-0701
11499306       Amex,   Pob 981537ob,   El Paso, TX
12180330      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11431893      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12226090      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11431895      +Disney Vacation Club Mgmt. Corp.,    1001 Sand Pond Road,    Lake Mary, FL 32746-3354
11499307      +Landex Research, Inc,    2 N LaSalle St.,   Ste 1604,    Chicago IL 60602-4033
11431898      +Orthopedic & Spine Surgery Assoc,    27790 W. Highway 22,    Suite 33,    Barrington, IL 60010-2396
11431899      +Phillip Rotche & Associates,    320 S. Westmore,    Lombard, IL 60148-3024
11431900      +Suntrust Mortgage/cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
11431901      +Tri-County ER Physicians,    PO Box 369,    Barrington, IL 60011-0369

The following entities were served by electronic transmission on Apr 21, 2009.
11431897      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 21 2009 05:43:00    Kohls/chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
                                                                           TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12231429*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11431894*     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11431896*     +Disney Vacation Club Mgmt. Corp.,    1001 Sand Pond Road,    Lake Mary, FL 32746-3354
                                                                           TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2009**                    **Signature:**   *Joseph Speetjens*